PHILLIP A. TALBERT
United States Attorney
ALEXANDRE DEMPSEY
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSEPH WALPOLE,<br><br>Defendant. | CASE NO. 1:22-CR-00161-ADA-BAM<br><br>STIPULATION TO VACATE TRIAL DATE, SET CHANGE OF PLEA HEARING;  FINDINGS AND ORDER<br><br>DATE: March 22, 2023<br>TIME:<br>COURT: |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for a status hearing on March 22, 2023.

2. By this stipulation, defendant now moves to vacate the status hearing and set the matter for change of plea before the Court as to defendant WALPOLE for March 6, 2023.

3. The parties agree and stipulate, and request that the Court find the following:

   a) As the defendant does not intend on going to trial, the parties request that the status hearing date be vacated.  Vacating the status hearing will conserve judicial resources for a case that has been resolved.

   b) By previous Court order, time was excluded under the Speedy Trial Act, 18 U.S.C. § 3161, et. seq., through and including March 22, 2023.  For this reason, there is no need for an additional exclusion of time.

1

4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  February 14, 2023                                   PHILLIP A. TALBERT
                                                            United States Attorney


                                                            /s/ ALEXANDRE DEMPSEY
                                                            ALEXANDRE DEMPSEY
                                                            Assistant United States Attorney


Dated:  February 14, 2023                                   /s/ MICHAEL MCKNEELY
                                                            MICHAEL MCKNEELY
                                                            Attorney for Defendant
                                                            Joseph Walpole

**ORDER**

At the request of the parties, the March 22, 2023 status hearing in the above case is **VACATED** and parties shall appear on March 6, 2023 for a change of plea hearing.

IT IS SO ORDERED.

Dated:    February 14, 2023                                 _____
                                                            UNITED STATES DISTRICT JUDGE

2