1  PHILLIP A. TALBERT
   United States Attorney
2  HENRY Z. CARBAJAL III
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone:  (559) 497-4000
   Facsimile:  (559) 497-4099
5
   Attorneys for the
6  United States of America

7

8                 IN THE UNITED STATES DISTRICT COURT

9                  EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,              CASE NO.  1:22-cr-00161 ADA-BAM

12                     Plaintiff,          STIPULATION RE RESTITUTION;
                                           ORDER
13  v.

14  JOSEPH WALPOLE,                        JUDGE: Hon. Ana de Alba

15                     Defendant.

16

17                            **STIPULATION**

18        The United States of America, by and through its counsel of record, and defendant, by and

19  through his counsel of record, hereby stipulate as follows:

20        1.      The defendant was sentenced by the Court on June 12, 2023, following conviction

21  after guilty plea of one count of bank fraud (18 U.S.C. § 1344), and one count of aggravated identity

22  theft (18 U.S.C. § 1028A).

23

24        2.      Pursuant to 18 U.S.C. § 3664(d)(5), the Court set a hearing on restitution to determine

25  victim's losses for September 11, 2023 at 10:00 a.m.

26        3.      The parties have reached this agreement and stipulation as to the restitution amount

27  owed by the defendant, as set forth below.  The parties therefore jointly request that the agreed

28

                                       1

restitution be incorporated into the judgment following sentencing, and that the September 11, 2023 restitution hearing be vacated.

4.      The parties agree and stipulate, and request that the Court find the following:

a.      The total amount of restitution owed by defendant Walpole is $9,044.45.  This amount of restitution is owed and payable to Valley First Credit Union, 1005 W. Orangeburg Avenue, Modesto, California.  This amount is owed to Valley First Credit Union as, according to victim N.T., the credit union reimbursed victim N.T. for the loss of $9,044.45 caused by defendant Walpole.

b.      The parties' stipulation and the agreed amount set forth above satisfy the requirements of 18 U.S.C. § 3664(d)(5), requiring a determination of victim's losses "not to exceed 90 days after sentencing."

c.      Defendant Walpole agrees that the judgment and commitment issued in his case will include the restitution amount and identity of victim(s) agreed to herein.

///
///
///
///
///
///
///
///
///
///

d.      Restitution as stated in this stipulation shall be due during the period of

imprisonment, at the rate of not less than $25 per quarter, and pursuant to the Bureau of Prisons'

Inmate Financial Responsibility Program.  If any amount of restitution remains unpaid after release

from custody, the United States Probation Officer assigned to Joseph Walpole shall set a schedule

ordering payments depending on the defendant's monthly income, but not less than $50.00 per

month, during the period of supervised release, such payments to begin 120 days after the

commencement of supervision.  The interest is waived.


IT IS SO STIPULATED.

DATED:      September 6, 2023

/s/ Henry Z. Carbajal III
HENRY Z. CARBAJAL III
Assistant United States Attorney

DATED:      September 6, 2023

/s/Mike McKneely
MIKE MCKNEELY
Counsel for Defendant
JOSEPH WALPOLE




IT IS SO ORDERED.

   Dated:   September 7, 2023

_____
UNITED STATES DISTRICT JUDGE